Thurman A. BROWN, Appellant, v. A. C. AD-
ERHOLD, Warden, United States Peni-
tentiary, Atlanta, Georgia, Appellee.
No. 7356.

Circuit Court of Appeals, Fifth Circuit.
Oct. 16, 1934.

In forma pauperis.

Thurman A. Brown, of Atlanta, Ga., in pro. per.

Lawrence S. Camp, U. S. Atty., and H. T. Nichols, Sp. Atty., both of Atlanta, Ga., for appellee.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.
The judgment is affirmed

---

John Arthur BROWN, Trustee of Jacob Wiener, Samuel Winer, and Jacob Sporkin, Individually and as Copartners Trading as Wiener Bros. & Sporkin, Bankrupts, Appellant, v. John H. SCHWEHM, Formerly Receiver and Trustee of Jacob Wiener, Samuel Wiener, and Jacob Sporkin, Individually and as Copartners Trading as Wiener Bros. & Sporkin, Bankrupts, Appellees.
No. 5320.

Circuit Court of Appeals, Third Circuit.
July 13, 1934.

Edward Stone, Philip Werner Amran, and Aarons, Weinstein, Stone & Goldhaber, all of Philadelphia, Pa., for appellant.

Joseph A. Keough and Levi & Mandel, all of Philadelphia, Pa., for appellees.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM.

In this bankruptcy case, which concerned the administration of a large quantity of unfinished clothing, the present trustee sought to surcharge the former trustee with some $14,000 for his fraudulently doing what he ought not to have done, and with some $11,000 additional, for his failure to do what it is alleged he ought to have done and whereby, it is alleged, he would have bettered the estate to that extent. This latter surcharge the court below refused to make, and from its decree so ordering the trustee appealed.

No question of law is involved in the case, but rather the business and administrative one arising in handling the situation. The opinion of the court below is so thorough and comprehensive, covering as it does every phase of the administration of the estate, that an additional opinion by this court would be a studied effort to use different language and avoid duplication of what has been already adequately discussed by the judge below. As we find ourselves in accord with his statement and conclusion, we limit ourselves to affirming the decree below on his opinion.

---

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Helen E. GRANT, Respondent.
No. 7649.

Circuit Court of Appeals, Ninth Circuit.
Oct. 15, 1934.

Frank J. Wideman, Asst. Atty. Gen., and Robert H. Jackson, Asst. Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

L. A. Luce, of Washington, D. C., for respondent.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

PER CURIAM.

Upon motion of counsel for petitioner, consented to by counsel for respondent, ordered petition to review in this cause dismissed; mandate forthwith.